# NO. 12-23-00169-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GLORIA BUTLER,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *87TH DISTRICT COURT* |
| *FRANKSTON INDEPENDENT*<br>*SCHOOL DISTRICT,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Gloria Butler, filed a motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion August 31, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 31, 2023**

**NO. 12-23-00169-CV**

**GLORIA BUTLER,**
Appellant
V.
**FRANKSTON INDEPENDENT SCHOOL DISTRICT,**
Appellee

Appeal from the 87th District Court
of Anderson County, Texas (Tr.Ct.No. DCCV16-290-87)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*